384 A.2d 1000

Moran et ux., Appellants, v. Puz et ux.

Argued November 22, 1977.  S. Graffon, with him Frank R. Fleming, III, for appellants;  Gene E. Arnold, with him Meyer, Flaherty and Arnold, for appellees.

Order affirmed.

384 A.2d 1000

Morena v. South Hills Health System (et al., Appellant).

Argued November 16, 1977.  Eugene B. Strassburger, III, Deputy City Solicitor, with him Mead J. Mulvihill, Jr., City Solicitor, for appellant;  Alan L. Carb, with him Seewald & Carb, for appellee.

Order affirmed.